FILED
November 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003044602

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 10-42673-E-13L |
| | ) | DCN: TSB-2 |
| | ) | |
| JAMES B. GEORGE, | ) | DECLARATION OF JENNIFER |
| | ) | HAND IN SUPPORT OF TRUSTEE'S |
| | ) | MOTION TO DISMISS CASE |
| | ) | |
| | ) | DATE: NOVEMBER 30, 2010 |
| | ) | TIME: 10:00 AM |
| | ) | JUDGE: SARGIS |
| Debtor(s) ) | | COURTROOM: 33 |

I, Jennifer Hand, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by LAWRENCE J. LOHEIT, TRUSTEE, and in the course of my

employment, I have become familiar with his records and procedures, and the records of this

case, and I can testify as to both.

3. I have reviewed the Trustee's records and show that: The Debtor has failed to

1

1  commence plan payments to the Trustee to date.  The Debtor is $5,537.62 delinquent in plan

2  payments to the Trustee to date and the next scheduled payment of $2,768.81 is due on

3  November 25, 2010.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on November 2, 2010, at Sacramento, California.

                                        / S / JENNIFER HAND
                                        Jennifer Hand, Paralegal

2