FILED
November 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D31

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | James B. George | Case No : | 10-42673 - E - 7 |
| | | Date : | 11/9/10 |
| | | Time : | 02:00 |
| Matter : | [17] - Objection to Confirmation of Plan [TSB-1] Filed by Trustee Lawrence J. Loheit (stps) | | |
| Judge : | Ronald H. Sargis | | |
| Courtroom Deputy : | Janet Larson | | |
| Reporter : | Diamond Reporters | | |
| Department : | E | | |

APPEARANCES for :
Movant(s) :
    Trustee's Attorney - Neil Enmark
Respondent(s) :
None

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Objection to the Chapter 13 Plan filed by the Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Objection to confirmation the Plan is sustained and the proposed Chapter 13 Plan is not confirmed.

Dated: November 16, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court