

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**11/29/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

stps

# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS

Case Number: 10-42673 - E - 7

Debtor Name(s) and Address(es):

James B. George
PO Box 154
Lewiston, CA 96052

The court docket and file in the above case indicate that:

*The debtor(s) and/or debtor's(s') attorney failed to file, submit, and/or provide the following documents as required by Federal Rule of Bankruptcy Procedure 1007, Interim Bankruptcy Rule 1007, and/or Interim Bankruptcy Rule 4002:*

Means Test - Form 22A

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel appear before the Court on the following date, time and place:

| | |
|---|---|
| **DATE & TIME:** | December 21, 2010 at 10:30 a.m. |
| **PLACE:** | U.S. Bankruptcy Court<br>Department E, Courtroom 33, 6th Floor<br>501 I Street<br>Sacramento, CA |

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Practice and local requirements.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least twenty-four (24) hours prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
11/29/10

For the Court,
Wayne Blackwelder , Clerk