# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | James B. George | **Case No :** | **10−42673 − E − 7** |
| | | **Date :** | 12/21/10 |
| | | **Time :** | 10:30 |

| | |
|---|---|
| **Matter :** | [33] − Order to Show Cause − Failure to File Documents as Transmitted to BNC for Service Re: Chapter 7 Means Test; Hearing to be held on 12/21/2010 at 10:30 AM at Sacramento Courtroom 33, Department E. (stps) |

| | |
|---|---|
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | Diamond Reporters |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

ORDER TO SHOW CAUSE was :
Discharged
See Findings of fact and conclusions of law below

The court will issue a minute order.

The Order to Show Cause was issued due to the Failure to File the Means Test − Form 22A. The courts docket reflects that the document has been filed.

The courts decision is to discharge the Order to Show Cause.